# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN CHRISTOPHER GAZLAY,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77961 |

**FILED**

MAR 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to correct illegal sentence to allow for corrected jail credits. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order on December 10, 2018. Appellant did not file the notice of appeal, however, until January 16, 2019, 7 days after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver

19-10528

cc: Hon. Ronald J. Israel, District Judge
Steven Christopher Gazlay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk